570 A.2d 952

DELAWARE VALLEY TRANSPLANT PROGRAM v. MOLLY
J. COYE, M.D., ET AL.

October 3, 1989.

Petition for certification denied.

570 A.2d 953

STATE OF NEW JERSEY v. FRED WORTHINGTON.

October 3, 1989.

Petition for certification denied.

570 A.2d 953

SAMUEL T. FLAMMA v. ATLANTIC CITY FIRE DEPARTMENT.

October 3, 1989.

Leave to appeal granted.   (See 231 *N.J.Super.* 316, 555 *A.* 2d
697)

570 A.2d 953

GLENPOINTE ASSOCIATES v. TOWNSHIP OF TEANECK.

October 10, 1989.

Petition for certification denied.